UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RUTH ANN COOPER,

        Plaintiff,

v.

CALERO SOFTWARE, LLC,

        Defendant.

Civil Action No. 6:16-cv-06592

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED** and agreed, by and between the undersigned attorneys for the parties, that Plaintiff's Complaint and any and all claims that were or could have been asserted in this action, and Defendant's counterclaims asserted in its Amended Answer, are hereby dismissed in their entirety, with prejudice, without costs to either party.

Dated: December 7, 2017

Dated: December 21, 2017

/s/ Erick Kraemer
Erick Kraemer
TULLY RINCKEY PLLC
5488 Sheridan Drive, Suite 500
Buffalo, NY 14221
716.439.4700

*Attorney for Plaintiff*
RUTH ANN COOPER

/s/ Carey Ann Denefrio
Jacqueline Phipps Polito
Carey Ann Denefrio
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Second Floor
Fairport, NY 14450
585.203.3400

*Attorneys for Defendant*
CALERO SOFTWARE, LLC

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
Date: 12-21-17